BAKER et ux. v. SIKES et al.    (No. 2611.)

(Court of Civil Appeals of Texas. Texarkana. June 29, 1922.)

Trial ⟐⟐404(5) — Effect of finding that land was not a homestead held to subject it to levy of execution.

In a suit to restrain the sale under execution of certain land on the theory that it was part of a homestead, the legal effect of a finding that part of the land in question was not a part of the homestead and had never been impressed with a homestead character before or at the time of the levy of execution was to subject the lands to the execution.

Appeal from District Court, Smith County; J. R. Warren, Judge.

Suit by Z. H. Baker and wife against T. C. Sikes and others. From a judgment for defendants, plaintiffs appeal. Affirmed.

J. A. Mallory, of Lindale, for appellants.
Bulloch, Ramey & Story, of Tyler, for appellees.

PER CURIAM. The suit was to restrain the sale under execution of certain tracts of land aggregating 198 acres claimed by the appellants to be their homestead. The trial court finds as a fact that 149.42 acres of the tracts described were not a part of the homestead, and had never been impressed with a homestead character before or at the time of the levy of the execution. There is evidence to support these findings. The legal effect attaching to the findings of fact is, as concluded by the court, to subject the described lands to the execution. The judgment is therefore affirmed.